In the Matter of the Claim of RAYMOND W. McDONALD, against BELLE TERRE LODGE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*William S. Sinclair* and *James J. Mahoney* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

, Order of the Appellate Division and award of the State Industrial Board reversed and claim dismissed, with costs. The typhoid was not proved to be the result of an accidental injury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.